further, is not against the overwhelming weight of the evidence. *Davis v. Research Medical Center*, 903 S.W.2d 557, 565 (Mo. App. W.D.1995). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Thomas SKYLES, Respondent,**

v.

**Betty Ann SKYLES, n/k/a Tiara Marshall, Appellant.**

**No. ED 74928.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 1999.

Motion for Rehearing and/or Transfer to Supreme court Denied Dec. 9, 1999.

Williams James O'Herin, Florissant, for appellant.

James W. Huck, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Betty Ann Skyles, now known as Tiara Marshall (Mother), appeals from the judgment entered modifying her divorce decree from Thomas Skyles (Father). We have

**STATE of Missouri, Respondent,**

v.

**Antwon NELSON, Appellant.**

**No. ED 75146.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied. Dec. 1, 1999.

Douglas R. Hoff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Jefferson City, for respondent.

Before RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J. and CHARLES BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Antwon Nelson ("Defendant") appeals the judgment and sentence entered following his conviction by a jury of one count of murder in the first degree, section 565.020 RSMo 1994, for which he was sentenced to